UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>URIEL BALENTIN BADILLO,<br><br>                    Defendant. | NO:  1:15-CR-2032-TOR<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE |

This Court, having considered the Report and Recommendation of United States Magistrate Judge James P. Hutton (ECF No. 51), to which there has been no timely objection, and subject to consideration of the Plea Agreement (ECF No. 49) pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the Defendant to the charge contained in Count 1 of the Indictment, and the Defendant is adjudged guilty of that offense.  However, the Court reserves accepting the Rule 11(c)(1)(C) binding nature of the plea agreement until the time of sentencing.

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING
SENTENCING SCHEDULE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Report and Recommendation (ECF No. 51) is adopted in its entirety.

2. A sentencing hearing is set for **October 13, 2015, at 1:00 p.m.**, in Yakima, Washington.  Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with Local Rule 7.1, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2. The Defendant shall remain in the custody of the U.S. Marshal's Service pursuant to the detention order previously entered in this matter.  ECF No. 21.  **<u>If a sentence of incarceration is imposed, the Defendant shall remain in custody at the time of sentencing</u>**.

3. The United States Probation Office shall prepare a Presentence Report. Fed. R. Crim. P. 32(c).

4. Not later than **September 1, 2015,** the probation officer shall disclose the Presentence Investigation Report (PSIR) to the Defendant, counsel for Defendant, and the Government. Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

5. Not later than **September 11, 2015**, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. If an objection is filed, the probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

6. The probation officer shall submit the final Presentence Report to the Court by **September 29, 2015**. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer's comments and recommendations thereon.

7. Not later than **September 29, 2015,** counsel shall file and serve all motions and memoranda pertaining to Defendant's sentence, including departures and variances, and sentencing recommendations. FAILURE TO FILE AND SERVE A MOTION OR MEMORANDUM FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.

8. Not later than **October 6, 2015**, the opposing party shall file and serve its response limited to no more than seven (7) pages.

1    The District Court Executive is hereby directed to enter this order and

2  provide copies to counsel, the United States Probation Office, and the United

3  States Marshal's Service.

4    **DATED** July 29, 2015.



                        THOMAS O. RICE
                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING SENTENCING SCHEDULE ~ 4