Report Date: February 16, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Uriel Balentin Badillo | Case Number: 0980 1:15CR02032-TOR-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: December 8, 2015 | |
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ian Garriques | Date Supervision Commenced: November 1, 2016 |
| Defense Attorney: Alison Guernsey | Date Supervision Expires: October 31, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: Defendant shall abstain from the use of illegal controlled substances, and must shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Mr. Badillo admitted to consuming methamphetamine on Saturday, February 11, 2017. |
| | On February 14, 2017, Mr. Badillo reported to Merit Resource Services in Yakima, Washington, for a urinalysis (UA) test. While Mr. Badillo was attempting to give a UA, the UA tech noticed Mr. Badillo was attempting to utilize a device to adulterate his UA.  The collection was immediately stopped after the device was discovered.  Mr. Badillo admitted to using a device and admitted to consuming methamphetamine on February 11, 2017. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

Prob12C
**Re: Badillo, Uriel Balentin**
**February 16, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 16, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

 February 16, 2017
Date