PROB 12C  
(6/16)

Report Date: March 29, 2017

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Uriel Balentin Badillo     Case Number: 0980 1:15CR02032-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: November 1, 2016 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: October 31, 2019 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/16/2017 and 03/08/2017. Mr. Badillo is scheduled to appear before the Magistrate Judge on March 31, 2017.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

4    **Special Condition #17**  Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Badillo consumed controlled substances on March 3 and 23, 2017.

On March 27, 2017, this officer contacted Mr. Badillo at his residence. During the contact Mr. Badillo admitted to consuming marijuana on March 3, 2017. He also admitted to consuming methamphetamine on March 23, 2017, while he was in the Yakima County Jail.

Prob12C
**Re: Badillo, Uriel Balentin**
**March 29, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 29, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

March 31, 2017
Date