PROB 12C
(6/16)

Report Date:  July 7, 2017

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2017

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Uriel Balentin Badillo          Case Number: 0980 1:15CR02032-TOR-1

Address of Offender: ▓▓▓▓▓▓▓ ▓▓▓ Yakima, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: November 1, 2016 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: October 31, 2019 |

### PETITIONING THE COURT

          **To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 02/16/2017, 03/08/2017 and 03/29/2017.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #17**   Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Badillo's conditions were reviewed with him on November 29, 2016, and May 17, 2017.  He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 17, as noted above.

Mr. Badillo violated his terms of supervised release in Selah, Washington, on or about June 30, 2017, by consuming methamphetamine.  Mr. Badillo provided a positive urinalysis test at Sundown M. Ranch while participating in treatment.  This officer spoke with Mr. Badillo on July 5, 2017, and he admitted to consuming methamphetamine in his room at Sundown M. Ranch, resulting in his immediate discharge from the inpatient treatment program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegation contained in this petition.

Prob12C
**Re: Badillo, Uriel Balentin**
**July 7, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 7, 2017
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the
          case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_____
Signature of Judicial Officer

July 7, 2017
_____
Date