# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Uriel Balentin Badillo | | Case Number: 0980 1:15CR02032-TOR-1 | |

Address of Offender:                        Yakima, Washington 98903

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 21 months;     Type of Supervision: Supervised Release
                                TSR - 36 months

Revocation Sentence:    Prison - 5 months;
October 10, 2017         TSR - 31 months

Asst. U.S. Attorney:     Ian Garriques                   Date Supervision Commenced: November 27, 2017

Defense Attorney:      Federal Defenders Office       Date Supervision Expires: June 26, 2020

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Badillo's conditions were reviewed with him on November 29, 2017. He signed his conditions acknowledging an understanding of them, which includes special condition number 15, as noted above. |
| | On December 14, 2017, Mr. Badillo provided a positive urinalysis for the presence of methamphetamine. When questioned about his use of controlled substances, Mr. Badillo signed a drug use admission form admitting he consumed methamphetamine on December 14, 2017. |

On December 21, 2017, Mr. Badillo provided a positive urinalysis for the presence of methamphetamine. When questioned about his use of controlled substances, Mr. Badillo admitted to consuming methamphetamine on December 16, 2017. Mr. Badillo signed a drug use admission form.

2  **Special Condition # 14**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Badillo's conditions were reviewed with him on November 29, 2017. He signed his conditions acknowledging an understanding of his conditions, which includes special condition number 14, as noted above.

On December 20, 2017, Mr. Badillo failed to attend his scheduled substance abuse evaluation at Merit Resource Services (Merit) in Yakima, Washington. Mr. Badillo failed to contact this officer or Merit to explain why he missed his scheduled assessment. On December 21, 2017, this officer contacted Mr. Badillo and explained he fell asleep and missed his appointment at Merit the previous day.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 26, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

December 27, 2017
Date