# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Uriel Balentin Badillo | Case Number: | 0980 1:15CR02032-TOR-1 |
| Address of Offender: | | Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (October 10, 2017) | Prison - 5 months; TSR - 31 months | | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | November 27, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: | June 26, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/26/2017.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 15**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Badillo's conditions were reviewed with him on November 29, 2017. He signed his conditions acknowledging an understanding of them, which include special condition number 15, as noted above. |
| | Mr. Badillo violated special condition #15 on January 8, 2018, by not reporting to Merit Resource Services (Merit) for his color line urinalysis (UA) test. On January 9, 2018, this officer received notice from Merit that Mr. Badillo failed to report for his UA test on January 8, 2018. Mr. Badillo failed to contact Merit or this officer to explain why he failed to provide a UA test. |

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge as previously scheduled.
[ ] Other

Signature of Judicial Officer

January 12, 2018
Date