PROB 12C
(6/16)

Report Date: September 6, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Uriel Balentin Badillo | Case Number: 0980 1:15CR02032-TOR-1 |
| Address of Offender: | Yakima, Washington 98903 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 8, 2015

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 10, 2017) | Prison - 5 months; TSR - 31 months | |
| Revocation Sentence: (February 13, 2018) | Prison - 6 months; TSR - 25 months | |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: July 15, 2018 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: August 14, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**:  Mr. Badillo is alleged to have violated standard condition #2 by not reporting to the probation office as directed on September 4, 2018.

Mr. Badillo's conditions were reviewed with him on July 23, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

On August 30, 2018, this officer spoke with Mr. Badillo on the phone.  This officer directed Mr. Badillo to report to the probation office on September 4, 2018, after he completed his substance abuse assessment at Merit Resource Services (Merit).   Mr. Badillo made a commitment to report as directed on September 4, 2018.

Prob12C
**Re: Badillo, Uriel Balentin**
**September 6, 2018**
**Page 2**

Mr. Badillo failed to report on September 4, 2018, and failed to contact this officer to explain why he could not report. Mr. Badillo has not responded to this officer's attempts to locate/contact him after he failed to report as directed.

2  **Standard Condition # 5**: You must live at a place approved by the probation officer, if you plan to change were you live or anything about your living arrangements (such as people you live with), you must notify the probation officer at least 10 days before the changes. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Badillo is alleged to have violated standard condition #5 by changing his residence on or about September 1, 2018, and not notifying his probation officer.

Mr. Badillo's conditions were reviewed with him on July 23, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

On September 6, 2018, this officer went to Mr. Badillo's listed address to attempt to locate him. This officer spoke with Mr. Badillo's mother, who is the homeowner. Mr. Badillo's mother informed this officer that Mr. Badillo has not stayed at her house for 5 days. She stated she has not seen him since September 1, 2018, and is unaware of where he is currently residing.

Mr. Badillo never contacted this officer to report a change of address and did not receive permission from the undersigned to reside at a different location.

3  **Special Condition # 14**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Badillo is alleged to have violated special condition #14 by not completing a substance abuse evaluation as directed by probation.

Mr. Badillo's conditions were reviewed with him on July 23, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

On August 8, 2018, during an office visit, Mr. Badillo was directed by this officer to complete a substance abuse assessment at Merit Resource Services (Merit) by September 1, 2018. Mr. Badillo was provided all the information required to complete the substance abuse assessment and he made a commitment to complete the assessment.

Mr. Badillo called this officer on August 30, 2018, and stated Merit was not able to complete the substance abuse assessment with him on that date due to a high volume of clients completing assessments. He requested and was granted permission to complete the assessment on September 4, 2018.

Prob12C
**Re: Badillo, Uriel Balentin**
**September 6, 2018**
**Page 3**

On September 6, 2018, this officer called Merit and spoke with staff to verify Mr. Badillo completed his assessment. Merit staff informed this officer that Mr. Badillo did not show up for an assessment on September 4, 2018, or any date thereafter.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 6, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 7, 2018
Date